# ATTACHMENT A



ASSESSMENT
TREATMENT
TRAINING
CONSULTATION
PROGRAM DESIGN

# MENTAL HEALTH SEX OFFENSE SPECIFIC EVALUATION

## BRANDON TYLER HILL

DOB: 08-20-1985

07-12-16

CONFIDENTIAL:

FOR PROFESSIONAL USE ONLY

Assessed by:

John Davis, M.A.
SOMB Listed Evaluator

NOTICE TO WHOM INFORMATION IS GIVEN:
Information disclosed in this document is confidential and protected by Federal Law. Federal regulations prohibit unauthorized use of this information or further disclosure of this report without the specific written consent of the persons to whom it pertains.

JOHN DAVIS, EXECUTIVE DIRECTOR • MISTY GURSKY, CLINICAL DIRECTOR
TOM PALS, RESEARCH AND ASSESSMENT DIRECTOR • SARAH MARLOW, STAFF AND PROGRAM DIRECTOR

1410 VANCE STREET, SUITE 107 • LAKEWOOD, COLORADO 80214 • 303-232-5749 • FAX 303-232-1715

Mental Health Sex Offense Specific Evaluation
**Re: Hill, Brandon T.**
Page 2

## MENTAL HEALTH SEX OFFENSE SPECIFIC EVALUATION

Name:      **Hill, Brandon T.**
Case No.:  15-cr-00204-RBJ-1
DOB:       08-20-1985
Age:       30
Address:   Clear Creek County Detention Center
           PO Box 518
           Georgetown, CO  80444

Dates of Evaluation:   06-09-16, 06-10-16, 06-21-16 and 06-27-16

**Data Collection:**

| Psychological Testing: | Test Dates |
|---|---|
| Millon Clinical Multiaxial Inventory-III (MCMI-III) | 06-10-16 |
| Substance Abuse Subtle Screening Inventory (SASSI) | 06-10-16 |
| State-Trait Anger Expression Inventory (STAXI) | 06-10-16 |
| Jesness Inventory (Jesness) | 06-10-16 |
| Shipley Institute of Living Scale (Shipley) | 06-10-16 |
| Beck Depression Inventory-II (BDI) | 06-10-16 |
| Multiphasic Sex Inventory (MSI) | 06-21-16 |

(Please note that all psychological test instruments were scored and interpreted by Diana Allen, LCSW)

| | |
|---|---|
| Abel Assessment of Sexual Interests (AASI) | 06-10-16 |

(Please note that the AASI was administered by Diana Allen, LCSW, Certified Abel Examiner)

| Formal Questionnaires Administered: | |
|---|---|
| Clark Sex History Questionnaire for Males (SHQ) | 06-10-16 |
| RSA Social History Questionnaire | 06-09-16 |
| Sone Sexual History (Sone) | 06-09-16 |
| Sexual Addictions Screening Test | 06-21-16 |

| | |
|---|---|
| Mini Mental Health Status Exam: | 06-09-16 |

| Clinical Interviews with Client: | |
|---|---|
| | 06-09-16 |
| | 06-21-16 |
| | 06-27-16 |

Mental Health Sex Offense Specific Evaluation
**Re: Hill, Brandon T.**
Page 3

Risk Assessment Instruments Utilized:

Hare Psychopathy Checklist – Screening Version (PCL: SV)
SOMB Sex Offender Risk Scale (SORS)
Marshall/Hucker Sexual Sadism Scale

Collateral Information Reviewed:

United States District Court for the District of Colorado: Information as to Defendant Brandon Tyler Hill, Plea Agreement, Application for Search Warrant and Seizure Warrant, Motion to Restrict Case and Motion to Keep Account Active, Order to Restrict Case and Order to Keep Account Active, Motion to Unseal in Part, and Order in the Matter of the Search of the Dropbox account associated with "Jace Flannigan," Application for Search Warrant, Affidavit, Search and Seizure Warrant, Motion to Restrict Case, Order to Restrict Case, Motion to Unseal in Part, and Order In the Matter of the Search of facecage85@gmail.com, Application for a Search Warrant, Affidavit, Search and Seizure Warrant, Motion to Restrict Case, Order to Restrict Case, Motion to Unseal in Part, and Order In the Matter of the Search of the email account and information associated with jaceflannigan@gmail.com that is in the possession of Google Inc., Application for a Search Warrant, Affidavit, Search and Seizure Warrant, Motion to Restrict Case, Order to Restrict Case, Motion to Unseal in Part, and Order In the Matter of the Search of the email account and information associated with Rhiannon.carnahan@gmail.com that is in the possession of Google, Inc., Application for a Search Warrant, Affidavit, Search and Seizure Warrant, Motion to Restrict Case, Order to Restrict Case, Motion to Unseal in Part, and Order In the Matter of the Search of the email account and information associated with xcage35@gmail.com that is in the possession of Google, Inc., Application for a Search Warrant, Affidavit, Search and Seizure Warrant, Motion to Restrict Case, Order to Restrict Case, Motion to Unseal in Part, and Order In the Matter of the Search of the email account and information associated with xcage8585@gmail.com that is in the possession of Google, Inc., and Protective Order in Criminal Action No. 15-cr-00204-RBJ-1; Colorado Springs Police Department: Initial Case Report, Case Supplemental Reports, Miranda Warning/Waiver Advisement, and Detail re: Case report # 2015-00017230, Initial Case Report, emails to Abby from s.cross.cs@gmail.com, Case Supplemental Reports, Search Waiver, Affidavit of Probable Cause, KIK Interactive, Inc. Response to Request for Subscriber Data, Miranda Warning/Waiver Advisement, Discovery List and Global Subject Activity Report re: Case Report 3 2015-00008146; Colorado Bureau of Investigation: Identification Record and Criminal History for Hill, Brandon Tyler; and NCIC: Interstate Identification Index Response for Hill, Brandon Tyler.

**REFERRAL INFORMATI ON**

Mr. Hill was referred to RSA, Inc., for a Mental Health Sex Offense Specific Evaluation by

Mental Health Sex Offense Specific Evaluation
**Re: Hill, Brandon T.**
Page 4

Scott T. Poland, Attorney at Law. The referral occurs subsequent to Mr. Hill having been charged with three Counts of Transportation of Child Pornography and Forfeiture Allegation in United States District Court Case No. 15-cr-00204-RBJ-1. The purpose of this evaluation is to assess the nature and scope of any paraphilic behavior exhibited by Mr. Hill, as well as the identification of any related risk factors, level of supervision needs, current treatment needs and amenability.

Mr. Hill reviewed and signed an Informed Assent to Participate in a Mental Health Sex Offense Specific Evaluation form, indicating his informed participation in this evaluation, as well as an Authorization for Release of Information form authorizing the release of the evaluation results to Scott T. Poland, Attorney at Law. These executed forms have been incorporated as a part of our agency file on this case. The information contained in this evaluation is confidential, and is restricted to Scott T. Poland, Attorney at Law. Further dissemination of this information requires Mr. Hill's written authorization.

## INITIAL IMPRESSIONS

Mr. Hill is a thirty year old divorced Caucasian male who presented himself in an open, thoughtful, and engaging manner. His overall presentation was further characterized by guilt and depressive symptomology. Mr. Hill's demeanor was polite and cooperative. His cooperation with the evaluation procedures was evidenced by appropriate appearance, willing discussion of the issues addressed, and completion of the evaluation protocols. Eye contact was consistent. Mr. Hill's affect was normal. His verbal responses were coherent and relative to the topics discussed. Mr. Hill remained attentive and alert throughout the testing and interviewing procedures. He was able to understand the purpose of the clinical interviewing and testing, and the reason for this evaluation.

## DEVELOPMENTAL HISTORY

*Please note that Developmental History information reported below is based upon client's self report.*

Mr. Hill reported that he was born in Colorado Springs, Colorado, to Kevin Alton Hill and Andrea Allison. He indicated that he is the younger of two siblings, having an older sister, born to his biological parents. He reported having an older half sister born to his father, an older half brother born to his mother, a younger half sister born to his father's second marriage, and two younger step brothers consequent to his mother's remarriage. Mr. Hill's parents divorced when he was five years of age. Mr. Hill indicated having resided primarily with his father following the divorce, but having spent the summers with his mother until he was fifteen, at

Mental Health Sex Offense Specific Evaluation
**Re: Hill, Brandon T.**
Page 5

which time he moved in with his mother full time. His father is reported to have remarried to Robin Kessler. Mr. Hill's mother remarried to Rick Maynard. Both of his parents are reported to reside in the Colorado Springs area.

Mr. Hill reported that his father, who was a successful chef and also a service manager at various auto dealerships, "worked a lot and was not really home a lot." However, Mr. Hill indicated that his father "always told me he was proud of me, I was special to him, he loved me. I love my dad still. I feel bad about the way I stopped talking to him…" Mr. Hill noted that he distanced himself and his family from both his father and mother about three years ago, explaining that "My father, as loving as he is, is not the greatest example for my children. Nor is my mother who is a drinker." He noted that his father "couldn't keep a job. He married an eighteen year old, was doing drugs. He just wasn't a good example is what it really came down to… With my mom, it was the same kind of situation." Mr. Hill related that having distanced himself from his father is "something I regret doing now."

Mr. Hill reported that he was emotionally, physically, and sexually abused "in every way imaginable" by his step mother between his ages of five and fifteen, noting that the abuse stopped when he left his father's residence and moved in with his mother. Discussing this abuse, Mr. Hill related that "I never saw it as trauma back then. It was just life. As a whole, I don't look back on my childhood in a negative way even though I recognize now how terrible her behavior was." He indicated that he was more so negatively impacted by the emotional abuse involving name calling, being belittled, and the preferential treatment given by his step mother to his siblings than he was by the physical or sexual abuse. Mr. Hill explained that his step mother would tell him "Your mom doesn't even want you."

Mr. Hill described his mother as "alcoholic," but indicated that he had a good relationship with her husband, his stepfather, whom he described as "probably the best man I've ever known." Discussing his relationship with his siblings while growing up, Mr. Hill related that "back then, I took out all of my anger on them. I'm not close with any of them." He noted that up to now, "I was the only responsible one. Most of them, including the older siblings, have actually lived with me over the years. Lack of responsibility and other reasons have caused us all to drift apart over the years."

Self-reported childhood history is noted for a normal course of childhood illness to include chicken pox. No other significant history of childhood illness was indicated. Childhood history is noted for an ACL knee injury incurred while playing football during his sophomore year of high school. Normative achievement of developmental milestones as far as is known was reported. Self-reported history is absent enuresis, any fire setting behaviors, or cruelty to animals. Immediate family history as reported by Mr. Hill is absent depression and mental illness. As noted above, it is remarkable for divorce, remarriage, child abuse, substance abuse issues, as well as criminal behavior and institutionalization. Mr. Hill reported that his older

Mental Health Sex Offense Specific Evaluation
**Re: Hill, Brandon T.**
Page 6

brother also struggles with substance abuse issues and was imprisoned for a period of time.

## STABILITY OF FUNCTIONING

*Please note that information reported below in the Stability of Functioning section is based upon client's self report.*

Mr. Hill reported having completed his freshman year of high school at Wasson High School in Colorado Springs. He indicated then having completed his sophomore year at Miami Yoder followed by attending Callahan High School for his junior and part of his senior years. During his senior year, Mr. Hill reported having left high school to join the U.S. Army. Mr. Hill reported that he did not experience any academic or social problems during his primary or secondary school years. No behavioral difficulties were indicated. Mr. Hill reported that he was never held back a year. Mr. Hill noted that he thoroughly enjoyed school, but as he got older school became more important to him for the social interaction than for the education. He reported having earned above average grades overall, noting however that "I got bored with material I already knew. My grades slipped more and more the older I became." Prior to high school, Mr. Hill indicated that he was a member of the Boys and Girls Club from a young age, noting that provided him with the opportunity to not be at home and thus avoid the abusive home environment for short periods of time. In high school, Mr. Hill reported having participated on the chess and debate clubs, as well as having participated on the football, basketball, and baseball teams.

At the age of sixteen Mr. Hill indicated that he enlisted in the U.S. Army and left for basic training once he turned seventeen. He reported that his performance was "exceptional" until he reinjured his knee at Ranger school. Following the re injury to his knee, he stated that he was told he was going to be medically discharged. Mr. Hill reported that he went AWOL pending the discharge and received an Other Than Honorable Discharge (Article 15) at his age of twenty following two plus years of service.

Mr. Hill reported having earned eighty-five to ninety college credits between 2005 and 2012. He indicated having attended Blair Community College in 2005, Pikes Peak Community College twice, first in 2005 and again in 2012, and the University of Colorado at Colorado Springs in 2011 and 2012 while studying criminal justice and criminal psychology.

Following his discharge from the military, Mr. Hill indicated having been employed at a variety of security jobs for approximately two years. Mr. Hill then reported a six year period of employment at Bobby Brown Bail Bonds where he built and maintained the agency's web site. He indicated having resigned this position upon entering a guilty plea to a felony case in January 2015. Between 2012 and 2013, Mr. Hill reported having been employed variously on a part

Mental Health Sex Offense Specific Evaluation
**Re: Hill, Brandon T.**
Page 7

time and full time basis as a store manager at Game Stop. Mr. Hill indicated that he has held between ten and fifteen jobs over the past ten years, reporting that he was once terminated from an employment position as a security guard at a strip club. He explained that this termination was the result of a fight between two dancers over who was going to date Mr. Hill, although Mr. Hill explained that he was not dating either one of them.

Mr. Hill is once married, divorced, and the father of three children. He entered into marriage with Misty Lucero in 2002. This union produced one son, Austin Tyler Hill (DOB: 05-23-02), prior to divorce after four and a half years in 2006. Discussing this marriage, Mr. Hill related that "We had sex one time. We never fought or argued. We were just friends. I married her family. Seeing what a normal extended family was like was really nice. We kind of drifted apart as friends. She was bored and wanted to do more things on her own. It was a mutual decision to split." He reported that there was no history of infidelity in this relationship. One episode of domestic violence was reported by Mr. Hill who explained that he was arrested and charged after he stated to his spouse, "You take my son, I take your life" during an argument over visitation.

Mr. Hill was next involved in a five year live in relationship with his ex spouse's sister, Angel Lucero. This relationship produced one daughter, Ashlyn Rayne Hill (DOB: 06-04-08). Mr. Hill described this relationship as having been "what I would consider absolutely perfect. We had a house…" However, he indicated that "the last year, year and a half, was a train wreck. Any guy who would show her attention… Angel was very unfaithful."

Most recently, Mr. Hill was involved in a live in relationship of almost three years with Holley Sasser. One daughter, Penny Reneigh Hill (DOB: 05-12-13), was born to this relationship. Mr. Hill related that "I would still be with her if I could still be with her, but that's not an option. She doesn't want anything to do with me. I got arrested in May 2015. That was the end. I got out on bond and saw her until April 2015 when I got arrested in the current case."

Upon discussion of his relationships with his children, Mr. Hill reporting having had "a great relationship" with Austin "until two years ago. She (Misty Lucero) was always good about letting me see him, even though we had a court order in place." Mr. Hill reported having paid child support and indicated that Austin's mother is now remarried. Mr. Hill stated that he last saw Austin in 2014. He noted that "It seems inappropriate to ask to see one of your children when you are in a situation like this. I'm assuming they wouldn't let me even if I asked them. To even ask after something like this just doesn't seem right. The root of all this is me being selfish. The main thing I need to focus on is me being better."

Mr. Hill reported that Ashlyn has been adopted by Angel's new husband. He explained that he spent time with Ashlyn "regularly. I went to pick her up for a picnic. Angel had disappeared. She showed up one year later with adoption papers. I don't know what happened. I was

Mental Health Sex Offense Specific Evaluation
Re: **Hill, Brandon T.**
Page 8

served. I don't know what's in those papers." Mr. Hill reported that he has had no contact with his daughter Penny since his most recent arrest. He related that he writes letters and birthday cards to each of his children, but does not send them.

Mr. Hill reported that prior to his arrest in April 2014, he had seven or eight close friends noting that "We were all one group of friends." However, he indicated that he has not had any contact with any of these friends since the time of his arrest in 2014. Mr. Hill indicated that he has not had any contact with either of his parents since that arrest. He explained that "I would contact my dad if I knew how to get ahold of him." Mr. Hill does not appear to have any pro social support system at the present time.

## DRUG AND ALCOHOL USAGE

Mr. Hill reported that he did not use alcohol on a regular basis until the age of twenty-five. He stated that he engages in only social alcohol use, "never by myself, and not to the point of intoxication very often. My group of friends were not drinkers." Mr. Hill indicated that he has never experienced any problems related to alcohol use. Mr. Hill stated that he has never experimented with or used any illegal substances, to include marijuana, in his lifetime. He indicated that he has never misused or abused prescription medications. Mr. Hill reported that he has never been involved in an evaluation or treatment related to substance use issues.

MCMI findings indicated the presence of characteristics similar to those found among alcohol dependent individuals, and found indications of traits typically present in drug dependent individuals. On this instrument, Mr. Hill reported equal amounts of characteristics usually found among alcohol and drug users.

SASSI results reflected a generalized tendency to be normally disclosive when responding to test items. Supplemental addiction measures on testing show a normal degree of defensiveness when responding to specific use related items. Non abusive use of alcohol and few alcohol related symptoms were reported on face valid measures. No drug use or drug related symptoms were seen on face valid indicators. Above average levels of obvious attributes typical of chemically dependent individuals were endorsed by Mr. Hill, as he acknowledged having many personality traits empirically found among dependent individuals. Moderate levels of subtle attributes common among chemically dependent individuals were also apparent in testing, suggesting an individual who may have difficulty with insight into his substance use patterns. Mr. Hill reported on testing that historically he has not been involved in a family or social system where significant levels of substance use have occurred. Testing does not support a diagnosis of chemical dependency. However, signs of substance abuse proneness exist which may indicate a predisposition for substance use. Results of testing appear consistent with his self reported history of substance use.