# ATTACHMENT C

# DISTRICT OF COLORADO CHILD PORNOGRAPHY SENTENCING ANALYSIS
## 2011 through May 2016

| Case No. | Charge(s) | Offense Level Criminal Hist. Cat. | Guideline Range | Sentence Imposed |
|---|---|---|---|---|
| 04-cr-341-REB | Receipt & Dist. Of Child Pornography 18 U.S.C. § 2252A(a)(2)(B) | Offense Level 32 Criminal Hist. I | 121 to 151 | 121 months |
| 11-cr-68-JLK | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 30 Criminal Hist. I | 97 to 121 (120-month statutory max) | 120 months |
| 11-cr-308-WJM | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 30 Criminal Hist. II | 108 to 121 (120-month statutory max) | 66 months, pursuant to 18 U.S.C. § 3553(a) 39% downward variance |
| 11-cr-339-WJM | Production of Child Pornography 18 U.S.C. § 2251(a) and (e) Transportation of Child Pornography 18 U.S.C. § 2252A(a)(1) | Offense Level 43 (highest offense level available) Criminal Hist. I | Life | 360 months as to Ct. 1, 120 months consecutive as to Ct. 2 for total of 480 months, pursuant to §5K1.1 |
| 11-cr-370-PAB | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 28 Criminal Hist. I | 78 to 97 | 78 months |
| 12-cr-69-RBJ | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 33 Criminal Hist. II | 151-188 (120-month statutory max) | 84 months, pursuant to 18 U.S.C. § 3553(a) 30% downward variance |
| 12-cr-76-MSK | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 28 Criminal Hist. I | 78 to 97 | 70 months, pursuant to 18 U.S.C. § 3553(a) 10% downward variance |
| 12-cr-95-WYD | Dist. Of Child Pornography 18 U.S.C. § 2252(a)(2) & (b)(1) | Offense Level 37 Criminal Hist. I | 210 to 240 | 180 months, pursuant to §5K1.1 |
| 12-cr-158-REB | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 30 Criminal Hist. I | 97 to 121 (120-month statutory max) | 97 months |

| Case | Offense | Offense Level | Guideline Range | Sentence |
|---|---|---|---|---|
| 12-cr-325-WJM | Production of Child Pornography 18 U.S.C. § 2251(a) | Offense Level 43 (highest offense level available) Criminal Hist. I | Life (360 - month statutory max) | 252 months, pursuant to 18 U.S.C. § 3553(a) 30 % downward variance |
| 12-cr-229-JLK | Dist. Of Child Pornography 18 U.S.C. § 2252(a)(2) & (b)(1) | Offense Level 42 Criminal Hist. II | 360 to life | 480 months |
| 12-cr-279-RBJ | Attempt Coercion 18 U.S.C. 2422(b) & Poss. of Child Pornography 18 U.S.C. § 2252A(a)(2)(A) | Offense Level 43 (highest offense level available) Criminal Hist. I | Life | 412 months |
| 12-cr-347-RBJ | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 33 Criminal Hist. I | 135 to 168 (120 month statutory max) | 120 months |
| 12-cr-363-WJM | Dist. of Child Pornography 18 U.S.C. § 2252A(a)(2) and (b)(1) | Offense Level 37 Criminal Hist. I | 210 to 240 | 96 months, pursuant to 18 U.S.C. § 3553(a) 55% downward variance |
| 12-cr-444-LTB | Transportation of Child Pornography 18 U.S.C. § 2252A(a)(1) and (b)(1) and Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 42 Criminal Hist. III | 360 to life | 420 months as to Ct. 1, 240 months as to Ct. 2 concurrent |
| 12-cr-464-MSK | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 33 Criminal Hist. I | 135 to 168 (120-month statutory max) | 120 months |
| 12-cr-465-PAB | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 30 Criminal Hist. I | 97 to 120 | 97 months |
| 12-cr-509-REB | Receipt of Child Pornography 18 U.S.C. § 2252A(a)(2) and (b)(1) | Offense Level 26 Criminal Hist. I | 70 to 87 | 87 months |
| 12-cr-523-JLK | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 33 Criminal Hist. I | 135 to 168 (120-month statutory max) | 120 months |

| Case | Offense | Guidelines | Range | Sentence |
|---|---|---|---|---|
| 13-cr-75-WJM | Dist. of Child Pornography 18 U.S.C. § 2252A(a)(2)(A) and (b)(1) & Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 38 Criminal Hist. I | 235 to 293 (240-month statutory max) | 120 months, pursuant to 18 U.S.C. § 3553(a) 50% downward variance |
| 13-cr-81-RBJ | Production of Child Pornography 18 U.S.C. § 2251(a) | Offense Level 39 Criminal Hist. I | 262 to 327 | 235 months, pursuant to 18 U.S.C. § 3553(a) 10% downward variance |
| 13-cr-89-PAB | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 26 Criminal Hist. II | 70 to 87 | 87 months |
| 13-cr-170-REB | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 30 Criminal Hist. I | 97 to 121 (120-month statutory max) | 72 months, pursuant to 18 U.S.C. § 3553(a) 25% downward variance |
| 13-cr-256-LTB | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 27 Criminal Hist. I | 70 to 87 | 82 months |
| 13-cr-260-JLK | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 33 Criminal Hist. I | 135 to 168 (120 month (statutory max) | 60 months, pursuant to 18 U.S.C. § 3553(a) 65% downward variance |
| 13-cr-323-REB | Sexual Exploitation of Children 18 U.S.C. § 2251(a) and (e) | Offense Level 43 Criminal Hist. I | Life (30-year statutory maximum) | 360 months |
| 13-cr-395-CMA | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 24 Criminal Hist. I | 51 to 63 | 57 months |
| 13-cr-404-RM | Dist. of Child Pornography 18 U.S.C. § 2252A(a)(2) and (b)(1) | Offense Level 40 Criminal Hist. I | 292 to 365 (240-month statutory max) | 204 months, pursuant to 18 U.S.C. § 3553(a) 30% downward variance |
| 14-cr-27-REB | Production of Chile Pornography 18 U.S.C. § 2251(a) and (e) | Offense Level 40 Criminal Hist. I | 292 to 365 (360-month statutory max) | 292 months |

| | | | | |
|---|---|---|---|---|
| 14-cr-60-WJM-01 | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 30 Criminal Hist. I | 97 to 121 (120-month statutory max) | 66 months, pursuant to 18 U.S.C. § 3553(a) 32% downward variance |
| 14-cr-60-WJM-02 | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 30 Criminal Hist. I | 97 to 121 (120-month statutory max) | 66 months, pursuant to 18 U.S.C. § 3553(a) 32% downward variance |
| 14-cr-110-JLK | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 30 Criminal Hist. I | 97 to 121 (120-month statutory max) | 60 months, pursuant to 18 U.S.C. § 3553(a) 38% downward variance |
| 14-cr-131-CMA | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 30 Criminal Hist. I | 97 to 121 (120-month statutory max) | 84 months, pursuant to 18 U.S.C. § 3553(a) 14% downward variance |
| 14-cr-217-RM | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 30 Criminal Hist. I | 97 to 121 (120-month statutory max) | 80 months, pursuant to 18 U.S.C. § 3553(a) 18% downward variance |
| 14-cr-269-RM | Transportation of Child Pornography 18 U.S.C. § 2252A(a)(1) and (b)(1) | Offense Level 37 Criminal Hist. I | 210 to 262 (240-month statutory max) | 108 months, pursuant to 18 U.S.C. § 3553(a) 51% downward variance |
| 14-cr-359-RM | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 30 Criminal Hist. I | 97 to 121 (120-month statutory max) | 72 months, pursuant to 18 U.S.C. § 3553(a) 25% downward variance |
| 14-cr-470-WJM | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 30 Criminal Hist. I | 97 to 121 (120-month statutory max) | 66 months, pursuant to 18 U.S.C. § 3553(a) 32% downward variance |
| 14-cr-484-RBJ | Production of Child Pornography 18 U.S.C. § 2251(a) | Offense Level 38 Criminal Hist. I | 235 to 293 (240-month statutory max) | 240 months |

| | | | | |
|---|---|---|---|---|
| 15-cr-245-WJM-01 | (3 Cts.) Production of Child Pornography 18 U.S.C. § 2251(a)(2) | Offense Level 43 (highest offense level available) Criminal Hist. I | Life (30-year statutory maximum per count) | Cts. 1, 2, 3 - 220 months consecutive for total of 660 months |
| 15-cr-245-WJM-01 | (3 Cts.) Production of Child Pornography 18 U.S.C. § 2251(a)(2) | Offense Level 43 (highest offense level available) Criminal Hist. I | Life (30-year statutory maximum per count) | Cts. 1, 2, 3 - 180 months consecutive for total of 540 months |
| 15-cr-293-WYD | Poss. of Child Pornography 18 U.S.C. § 2252A(a)(5)(B) | Offense Level 23 Criminal Hist. I | 46 to 57 | 23 months, pursuant to 18 U.S.C. § 3553(a) 50% downward variance |
| 15-cr-318-RM | Receipt of Child Pornography 18 U.S.C. § 2252A(a)(2) and (b)(1) | Offense Level 37 Criminal Hist. III | 262 to 327 (240-month statutory max) | 180 months, pursuant to 18 U.S.C. § 3553(a) 32% downward variance |

**TOTAL OF 42 SENTENCES IMPOSED**

**THE COURT IMPOSED A VARIANT SENTENCE IN 47% OF THE CASES**

**THE AVERAGE PERCENTAGE OF VARIANCE WAS 34% FROM THE BOTTOM OF THE ADVISORY GUIDELINE RANGE**